**United States District Court**

For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    MICHAEL GUNTER,

10            Plaintiff,                          No. C 05-03910 JSW

11       v.

12   DEPARTMENT OF HOUSING & URBAN            **ORDER DENYING PLAINTIFF'S**
     DEVELOPMENT, et al.,                     **MOTIONS AND EXTENDING**
13                                            **TIME TO FILE AMENDED**
             Defendants.                      **COMPLAINT**
14   _____/

15

16        On December 27, 2005, the Court issued an order denying Plaintiff's application to

17   proceed *in forma pauperis* and dismissing his complaint with leave to amend.  The Court

18   provided Plaintiff until January 23, 2006 to file a comprehensible complaint.  On December 29,

19   2006, Plaintiff filed the following three motions: 1) motion for peremptory challenge, 2) request

20   for renotice of hearing, and 3) motion for summary judgment.  Because the Plaintiff's complaint

21   was dismissed and Plaintiff has not yet filed an amended complaint, the Court HEREBY

22   DENIES Plaintiff's motions without prejudice to refiling after he files a comprehensible

23   complaint.

24        The Court FURTHER ORDERS that Plaintiff's time to file a comprehensible complaint

25   is **EXTENDED** until **February 23, 2006**.  Plaintiff's amended complaint shall comply with

26   Federal Rule of Civil Procedure 8(a) by setting forth the grounds upon which this Court has

27   jurisdiction, "a short and plain statement of the claim showing that the pleader is entitled to

28   relief, . . . and a demand for judgment for the relief the pleader seeks."  Plaintiff is advised that

1   his failure to file timely an amended complaint shall result in dismissal of this action without

2   prejudice.

3          **IT IS SO ORDERED.**

4   Dated:  January 23, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

2