**United States District Court**
For the Northern District of California

1

2

3

4

5

6                         IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    MICHAEL GUNTER,

10             Plaintiff,                          No. C 05-03910 JSW

11        v.
                                                   **ORDER DISMISSING ACTION**
12   DEPARTMENT OF HOUSING & URBAN                 **WITHOUT PREJUDICE**
     DEVELOPMENT, et al.,
13
               Defendants.
14   _____/

15

16        On April 20, 2006, this Court issued an Order dismissing Plaintiff's amended complaint

17   and denying Plaintiff's second application to proceed in forma pauperis.  In that Order, the

18   Court ordered Plaintiff to file a comprehensible complaint by no later than May 22, 2006, and

19   advised Plaintiff that the failure to file a second amended complaint in compliance with the

20   Order would result in the dismissal of the action without prejudice.

21        Plaintiff has not filed a second amended complaint.  Accordingly, this action is

22   HEREBY DISMISSED WITHOUT PREJUDICE for failure to prosecute.  The Clerk is directed

23   to close the file.

24        **IT IS SO ORDERED.**

25   Dated:  August 31, 2006                       _____
                                                   JEFFREY S. WHITE
26                                                 UNITED STATES DISTRICT JUDGE

27

28